**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Richard Luna v. Douglas Tyler, et al

Appellate case number:   01-19-00995-CV

Trial court case number:  18-CV-0928

Trial court:            122nd District Court of Galveston County

Appellant Richard Luna filed a Moton for Extension of Time to Reply to Court's Notice Regarding Jurisdiction. Appellant's motion is **granted**. Appellant's response is due **June 3, 2021.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date: May 27, 2021